UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORTHODONTIC CENTERS OF
CALIFORNIA, INC.

        Plaintiff,

   v.

DAVID C. HOBSON and D.C.
HOBSON, DDS, MS, a
Professional Corporation,

        Defendants.
_____/

NO. CIV. S-06-1805 LKK/DAD

O R D E R

On October 30, 2006 a status conference was held with both parties. At that conference, the court ORDERED as follows:

1. Defendant shall file a notice of related cases forthwith.

IT IS SO ORDERED.

DATED: October 30, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1