1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8                         ----oo0oo----

9   ORTHODONTIC CENTERS OF
    CALIFORNIA, INC.,
10                                  NO. CIV. S-06-01805 LKK DAD
             Plaintiffs,
11        v.

12
    DAVID C. HOBSON and D.C.
13  HOBSON, DDS, MS, a
    Professional Corporation,
14
             Defendants.
15  _____/

16  DAVID C. HOBSON, et al.,

17           Plaintiffs,           NO. CIV. S-02-0886 WBS PAN

18        v.
                                   RELATED CASE ORDER
19  ORTHODONTIC CENTERS OF
    AMERICA, INC., et al.,
20
             Defendants.
21  _____/

22
                         ----oo0oo----
23

24          Examination of the above-entitled actions reveals that

25  these actions are related within the meaning of Local Rule 83-

26  123, E.D. Cal. (1997).  All of the parties are the same, except

27  that Orthodontic Centers of America, Inc. is not directly a party

28  in the present matter, and the promissory notes which are at

1   issue in the present matter were at issue in Case No. Civ. S-02-

2   0886 WBS PAN.  Accordingly, the assignment of the matters to the

3   same judge is likely to effect a substantial savings of judicial

4   effort and is also likely to be convenient for the parties.  The

5   parties should be aware that relating the cases under Local Rule

6   83-123 merely has the result that these actions are assigned to

7   the same judge and the same magistrate judge; no consolidation of

8   the actions is effected.

9         IT IS THEREFORE ORDERED that the actions denominated

10   CIV. S-06-01805 LKK DAD and CIV. S-02-0886 WBS-PAN should be, and

11   the same hereby are, deemed related and the case denominated CIV.

12   S-06-01805 LKK DAD shall be reassigned to the Honorable WILLIAM

13   B. SHUBB and Magistrate Judge Edmund F. Brennan for all further

14   proceedings.  Henceforth the captions on all documents filed in

15   the reassigned case shall be shown as CIV. S-06-01805 WBS EFB

16   and any dates currently set in the reassigned case _only_ are

17   hereby VACATED.

18         IT IS FURTHER ORDERED that the Clerk of the Court make

19   appropriate adjustments in the assignment of civil cases to

20   compensate for this reassignment.

21         IT IS SO ORDERED.

22   DATED:  October 31, 2006

23

24   WILLIAM B. SHUBB

25   UNITED STATES DISTRICT JUDGE

26

27

28