GIBSON E. PRATT (SBN 054353)
3850 N. Causeway Blvd
Suite 800
Metairie, LA 70002
Telephone:  (504) 834-4392
Facsimile:  (504) 834-3663

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:  (916) 441-2430
Facsimile:  (916) 442-6664

Attorneys for Plaintiff
ORTHODONTIC CENTERS OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHODONTIC CENTERS OF CALIFORNIA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID C. HOBSON, D.D.S., M.S., and D.C. HOBSON, DDS, MS., a Professional Corporation,<br><br>Defendants. | Case No.  2:06-CV-1805 WBS EFB<br><br>**ORDER ON REQUEST FOR CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT** |

Having reviewed and considered the Request of ORTHODONTIC CENTERS OF CALIFORNIA, INC. ("OCA") for an Order continuing the pending hearing on the Motion for Summary Judgment filed in this matter by DAVID C. HOBSON and D.C. HOBSON, DDS, MS, a Professional Corporation (collectively, "Dr. Hobson"), and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1. OCA's request for continuance is GRANTED;

2. Hearing on Dr. Hobson's Motion for Summary Judgment is continued to September 4, 2007 at 2:00 p.m. in Courtroom 5; and

3. Opposition and reply briefs and supporting paperwork, if any, shall be filed in

PDF created with pdfFactory trial version www.pdffactory.com

accordance with the timelines set forth in Local Rule 78-230, subdivisions (c) and (d), consistent with the new hearing date on Dr. Hobson's motion.

DATED: July 27, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com