1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10
                          ----oo0oo----
11
DAVID C. HOBSON and D.C.
12 HOBSON, DDS, MS, a
professional corporation,
13
           Plaintiffs,              NO. CIV. S-02-0886 WBS PAN
14                                  NO. CIV. S-06-1805 WBS EFB
                                    CONSOLIDATED
15
     v.
16                                  ORDER

17 ORTHODONTIC CENTERS OF
AMERICA, INC. and ORTHODONTIC
18 CENTERS OF CALIFORNIA, INC.,

19         Defendants.

20 ORTHODONTIC CENTERS OF
CALIFORNIA, INC.,
21
           Plaintiff,
22
     v.
23

24 DAVID C. HOBSON, D.D.S., M.S.
and D.C. HOBSON, D.D.S., M.S.,
25 a professional corporation,

26         Defendants.

27
                          ----oo0oo----
28

                                1

1     Hobson is entitled to recover the full amount of the

2 judgment in his breach of contract action against OCA and OCC.

3 In return, OCA is entitled to recover the amounts owed by Hobson

4 on the three underlying promissory notes.  Hobson has always

5 acknowledged liability on the notes and has asked only that the

6 amounts due on the notes be applied as a setoff against his

7 recovery for the breach of contract.

8     OCA and OCC have steadfastly refused Hobson's offers to

9 offset their claims on the promissory notes against his judgment

10 in the breach of contract action.  Instead, OCC filed a complaint

11 to recover on the promissory notes in the California Superior

12 Court in San Joaquin County.  Then OCC filed bankruptcy, and

13 while the automatic stay prevented Hobson from asserting his

14 offset, OCC moved for summary judgment in the state case.  Before

15 the state court could dispose of this matter, OCC removed the

16 case to this court on the grounds that it is a "core proceeding"

17 in the bankruptcy.  OCC then filed a motion to transfer venue of

18 this case to the United States Bankruptcy Court for the Eastern

19 District of Louisiana, which this court denied on January 9,

20 2007.  (January 9, 2007 Order 5.)

21     OCA and OCC's goal in throwing all of these procedural

22 hurdles in the way of Hobson's efforts to offset these claims is

23 transparent.  The $270,360 bond posted by OCA in Case No. Civ. S-

24 02-0886 would be insufficient to satisfy Hobson's total judgment

25 for $444,538.88.[1]  OCA and OCC hope to satisfy their own judgment

26

27     [1]     The court adopts the calculation in Exhibit J to the
Declaration of Matthew C. Bradford for the interest on the
28 judgment in Case No. Civ S-02-0886 through August 6, 2007.  As of

2

1  for $104,662.45[2] on the notes by levying on Dr. Hobson's assets,

2  and then force him to find a way to satisfy the balance due on

3  his judgment against them – a task which they obviously intend to

4  make as difficult as possible.

5          Fairness and equity dictate that these claims be offset

6  against each other.   The claims arise out of the same set of

7  underlying facts and contractual obligations and are due to and

8  from the same parties.   The gamesmanship must end sometime, and

9  that time is now.   OCA and OCC are cautioned against making any

10  futile motions for reconsideration of this order.   It is the

11  considered judgment of this court, after considering all of the

12  arguments raised by counsel.   If OCA and OCC believe it is

13  entered in error, they of course may exercise their right of

14  appeal.

15  ────────────────

16  August 6, 2007, the judgment owed the Hobson's in Case No. Civ.
    02-0886 was $443,323.69.

17          28 U.S.C. § 1961 provides that "interest shall be
    calculated from the date of the entry of the judgment, at a rate
    equal to the weekly average 1-year constant maturity Treasury

18  yield, as published by the Board of Governors of the Federal
    Reserve System, for the calendar week preceding the date of the

19  judgment."   The interest rates for the relevant period are
    4.78% for the week ending August 10, 2007

20  4.44% for the week ending August 17, 2007
    4.16% for the week ending August 24, 2007.

21          Applying the Federal Reserve rate on the following
    schedule 4.78% for 4 days, 4.44% for 7 days, and 4.16% for 12

22  days, the average daily interest rate for these twenty-three days
    is 4.35%, resulting in a daily increase of Hobson's judgment in

23  Case No. Civ. 02-0886 of $52.83 or an increase of $1,215.19.

24

25     [2]    The court adopts the calculation in Exhibit H to the
    Declaration of Matthew C. Bradford for the interest on the

26  promissory notes through August 6, 2007.   The combined interest
    on the promissory notes due OCC is $21.02 per day.   The court

27  accordingly awards a further $483.46 on the promissory notes to
    account for the twenty-three extra days from August 6, 2007 to

28  the date of this order.

                                    3

1          IT IS THEREFORE ORDERED that:

2          (1) Cases No. Civ. S-02-0886 and S-06-1805 are hereby
3 CONSOLIDATED.

4          (2) Hobson's motion for summary judgment in Case No.
5 Civ. S-06-1805 is GRANTED, and judgment shall be entered against
6 Hobson in amount of $104,662.45 in that action.

7          (3) Hobson's request to offset the judgment against him
8 in Case No. Civ. S-06-1805 against the judgment in Case No. Civ.
9 S-02-0886 in which OCA and OCC are the judgment debtors and
10 Hobson is the judgment creditor is GRANTED.  The $104,662.45
11 judgment in Case No. S-06-1805 is ordered off-set against the
12 $444,538.88 judgment in Case No. Civ. S-02-0886.  The resulting
13 net judgment in favor of Hobson in these consolidated actions is
14 therefore $339,876.43.

15          (4) plaintiffs' motion for enforcement of judgment
16 against security in Case No. Civ. S-02-0886 is hereby GRANTED.

17          LET JUDGMENT BE ENTERED ACCORDINGLY.

18 DATED:  August 29, 2007

19

20 _____
   WILLIAM B. SHUBB
21 UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

                              4